# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| | Jointly administered |
| COVERED BRIDGE NEWTOWN, LLC | Case No. 24-50833 (JAM) (lead) |
| COVERED BRIDGE NEWTOWN I, LLC | |
| Debtors | |
| | May 21, 2025 |

**STATUS REPORT REGARDING FIRST AMENDED DISCLOSURE STATEMENT, REQUEST TO CONVERT HEARING ON DISCLOSURE STATEMENT TO STATUS CONFERENCE, AND REQUEST TO CONTINUE HEARING ON DISCLOSURE STATEMENT**

Covered Bridge Newtown, LLC ("CBN") and Covered Bridge Newtown I, LLC ("CBN I", together with CBN, the "Debtors"), debtors and debtors-in-possession, submit this status report regarding their first amended joint disclosure statement (ECF No. 219, the "First Amended Disclosure Statement"). The Debtors also request that the Court convert the hearing currently scheduled on Tuesday, May 27, 2025 at 11:00 a.m. on the First Amended Disclosure Statement (the "DS Hearing") to a status conference regarding the First Amended Disclosure Statement, the objections thereto, and other various matters the Debtors would like to address with the Court. Finally, the Debtors request that the Court continue the DS Hearing to July 16, 17, or 18, 2025. In support thereof, the Debtors state as follows:

## BRIEF BACKGROUND

1. The Debtors filed their bankruptcy cases on December 8, 2024 (the "Petition Date").

2. The Debtors filed their disclosure statement on March 7, 2025 (ECF No. 136). A hearing on the disclosure statement was scheduled for April 14, 2025 (ECF No. 140). Because

the Debtors were still in discussions and negotiations with various creditors and the Official Committee of Unsecured Creditors (the "Committee") and thus intended to amend their disclosure statement, they asked the Court to continue the hearing on the disclosure statement from April 14, 2025 to a date in late May (ECF No. 161). The Court granted the Debtor's motion and continued the hearing on the disclosure statement to Tuesday, May 27, 2025, the current DS Hearing date.

      3.      On April 11, 2025, the Committee commenced Adversary Proceeding No. 25-05056 against UC Covered Bridge MF Holder, LLC ("UC Covered Bridge") (the "Challenge Action"). In the Committee's complaint, it has alleged that because UC Covered Bridge did not advance approximately $18,000,000 as a construction reserve to the Debtors at the time the UC Covered Bridge mortgage was recorded, UC Covered Bridge's claim in that amount should be avoided and preserved for the benefit of the Debtors' estates pursuant to 11 U.S.C. §§ 544(a) and 551.

      4.      On May 6, 2025, the Debtors filed the First Amended Disclosure Statement.

      5.      Four creditors filed objections to the First Amended Disclosure Statement: (i) US LBM Operating Co. 2009 a/k/a East Haven Ridgefield Building Supply (ECF No. 231); (ii) PACE Loan Group 2019-1, LLC (ECF No. 236); (iii) UC Covered Bridge (ECF No. 241); and (iv) the Committee (ECF No. 242).

      6.      The Debtors have been in extensive discussions and negotiations with both UC Covered Bridge and the Committee to try and address the issues raised in their respective objections. The Debtors' initial strategy was to address the various objections and file another amended disclosure statement, wherein they would be prepared to move to a consensual confirmation.

7. Despite these lengthy and substantive discussions with UC Covered Bridge and the Committee, the Debtors believe they are now at an impasse. Filing an amended disclosure statement without the input and consent of either UC Covered Bridge or the Committee is pointless. It is obvious to all parties that the Challenge Action has created an impediment to confirmation. Without a quick resolution of the claims raised in the Challenge Action, confirmation in these cases cannot happen.

8. If the Court grants this request and schedules a status conference on May 27th, the Debtors intend to ask the Court expeditiously resolve the Challenge Action and schedule a trial on a 60-day track. The Debtors would further recommend that the Court order the parties to mediation to resolve the Challenge Action and, if and when appropriate, for purposes of assisting with finalization of a plan.

9. Accordingly, the Debtors respectfully ask the Court to convert the DS Hearing on May 27, 2025, to a status conference and to continue the DS Hearing to July 16, 17, or 18, 2025, to a time that is convenient for the Court.

By: */s/ Jeffrey M. Sklarz*
Jeffrey M. Sklarz (ct20938)
Joanna M. Kornafel (ct29199)
Green & Sklarz, LLC
One Audubon Street, Third Floor
New Haven, CT 06511
(203) 285-8545
Fax: (203) 823-4546
jsklarz@gs-lawfirm.com
jkornafel@gs-lawfirm.com