**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Jointly administered |
| COVERED BRIDGE NEWTOWN, LLC | : | Case No. 24-50833 (JAM) (lead) |
| COVERED BRIDGE NEWTOWN I, LLC | : | |
| | : | |
| Debtors | : | May 23, 2025 |
| | : | |

**MONTHLY FEE STATEMENT OF GREEN & SKLARZ LLC AS COUNSEL TO COVERED BRIDGE NEWTOWN, LLC AND COVERED BRIDGE NEWTOWN I, LLC, <u>DEBTORS-IN-POSSESSION, FOR APRIL 1, 2025 TO APRIL 30, 2025</u>**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professional* (ECF No. 127, the "Monthly Fee Order"), Green & Sklarz LLC ("G&S") as counsel to Covered Bridge Newtown, LLC ("CBN") and Covered Bridge Newtown I, LLC ("CBN I" and together with CBN, the "Debtors"), hereby submit the following statement of fees and expenses for the period of April 1, 2025 through and including April 30, 2025 (the "Fee Statement").

G&S respectfully requests payment of 80% of its incurred fees of $42,970.00[1] ($34,376.00) and 100% of its actual expenses of which none were incurred during this period, for a total amount of <u>$34,376.00</u> (the "Requested Amount"). In support hereof, G&S submits the invoice attached as <u>Exhibit A</u>[2], organized by project category, summarized as follows:

---

[1] As will be set forth in additional detail upon the filing of an interim application for compensation, 25% of the fees are allocated to CBN and 75% to CBN I.
[2] <u>Exhibit A</u> is Invoice No. 1029978, covering the period of April 1, 2025 to April 30, 2025

{00415481.1 }

**Summary of Fees and Expenses by Task/Code Category**:

| Matter | Description | Time | Expense | Total |
|---|---|---|---|---|
| 001 | General Matters | $ 4,340.00 | $ - | $ 4,340.00 |
| 002 | Cash Collateral | $ 17,305.00 | $ - | $ 17,305.00 |
| 003 | Professional Applications | $ 18,087.50 | $ - | $ 18,087.50 |
| 004 | Claims Administration | $ - | $ - | $ - |
| 005 | Plan | $ 3,237.50 | $ - | $ 3,237.50 |
|  | TOTAL | $ 42,970.00 | $ - | $ 42,970.00 |

**Summary of Fees by Timekeeper:**

| Professional | Position | Hours | Rate | Total Fees |
|---|---|---|---|---|
| Elizabeth Ross | Admin. Asst. | 5 | 100 | 500.00 |
| Jeffrey Sklarz | Partner | 15.2 | 600 | 9,120.00 |
| Joanna Kornafel | Partner | 69.2 | 425 | 29,410.00 |
| Michelle Antao | Associate | 4 | 350 | 1,400.00 |
| Amanda Evans | Enrolled Agent/Paralegal | 8.5 | 350 | 2,975.00 |

**NOTICE AND OBJECTION PROCEDURES**

1. Notice of this Fee Statement shall be served on: (i) the Debtors (attn: Jeffrey Sklarz, jsklarz@gs-lawfirm.com); (ii) counsel for the U.S. Trustee (attn: Seven E. Mackey, steven.e.mackey@usdoj.gov); (iii) counsel to UC Covered Bridge MF Holder, LLC (attn: William Heuer, wheuer@westermanllp.com); (iv) counsel for the Official Committee of Unsecured Creditors (the "Committee") (attn: John Cesaroni, jcesaroni@zeislaw.com); and (v) anyone else the Court may designate from time to time (collectively, the "Notice Parties").

2. **Objections to this Fee Statement in the form of a letter or detailed email, if any, must be served upon the G&S (if by email to the attention of Jeffrey Sklarz, Esq.; jsklarz@gs-lawfirm.com) no later than June 6, 2025 (the "Objection Deadline"), setting forth with specificity the objectionable fees and/or expenses, including the amount of such objected to fees and/or expenses, and the basis for such objection (the "Statement of Objection"), and shall serve the same upon the Notice Parties. Any Notice Party may, but shall not be obligated to, submit a Statement of Objection.**

3. If no Statement of Objection to this Fee Statement is received on or before the Objection Deadline, the estate shall promptly pay G&S 80% of the fees and 100% of the expenses identified in this Fee Statement.

4. G&S is presently holding no funds in its IOLTA Trust Account and, thus, the estate will pay G&S the amount of $34,376.00.

5. To the extent that a Statement of Objection to this Fee Statement is received on or before the Objection Deadline, the estate shall withhold payment of that portion of this Fee Statement to which the Statement of Objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

                                                GREEN & SKLARZ LLC

By: */s/ Jeffrey M. Sklarz*
Jeffrey M. Sklarz (ct20938)
Joanna M. Kornafel (ct29199)
Michelle A. Antao (ct31715)
Green & Sklarz, LLC
One Audubon St., 3rd Floor
New Haven, CT 06511
(203) 285-8545
Fax: (203) 823-4546
jsklarz@gs-lawfirm.com
jkornafel@gs-lawfirm.com
mantao@gs-lawfirm.com

# CERTIFICATE OF SERVICE

A copy of the foregoing has been served, on date set forth below, via CM/ECF to all parties entitled to received service through CM/ECF. Service of the foregoing has also been made upon the Notice Parties at the email addresses identified below:

(i) The Debtors (attn: Jeffrey Sklarz, jsklarz@gs-lawfirm.com);

(ii) Counsel for the U.S. Trustee (attn: Seven E. Mackey, steven.e.mackey@usdoj.gov);

(iii) Counsel to UC Covered Bridge MF Holder, LLC (attn: William Heuer, wheuer@westermanllp.com); and

(iv) Counsel for the Official Committee of Unsecured Creditors (the "Committee") (attn: John Cesaroni, jcesaroni@zeislaw.com).

Date:  May 23, 2025                                              /s/ Jeffrey M. Sklarz